| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |



| 1. Person Reporting (last name, first, middle initial)<br><br>Manning, Blanche M. | 2. Court or Organization<br><br>U.S. District Court, N.D. Ill. | 3. Date of Report<br><br>05/15/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Court Judge -- Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>219 South Dearborn Street<br>Chambers 2156<br>Chicago, Illinois 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Musician | Jazz Ensembles |
| 2. Trustee | Roosevelt University, Chicago |
| 3. Director | John Marshall Law School, Chicago |
| 4. Director | Chicago State University, Chicago |
| 5. Committee Member | University of Illinois at Chicago |
| 6. Board Member | Neighborhood Housing Services of Chicago |

DISCLOSURE OFFICE FINANCIAL   2009 MAY 20   P 12: 55   RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Manning_Blanche_M**

| Name of Person Reporting | Date of Report |
|---|---|
| Manning, Blanche M. | 05/15/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Musician | $4,390.00 |
| 2. 2008 | Public School Teachers Retirement Plan | $12,381.00 |
| 3. 2008 | Cook County Pension Plan (I) | $13,159.00 |
| 4. 2008 | Illinois Judges Retirement Plan | $105,015.00 |
| 5. 2008 | Cook County Pension Fund (II) | $18,948.00 |
| 6. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manning, Blanche M. | 05/15/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. The Union League Club | Reduced membership per year | $2,064.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Highland Community Bank | Mortgage (realty in Cook Couny, Illinois) | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manning, Blanche M. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS  — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Real Estate in Cook County, IL (I) | | None | M | W | | | | | |
| 2. Real Estate in Cook County, IL (II) | | None | M | W | | | | | |
| 3. Prudential I (annuity) | A | Interest | J | T | | | | | |
| 4. Prudential II (annuity) | A | Interest | J | T | | | | | |
| 5. Chase I (checking) (X) | A | Interest | J | T | | | | | |
| 6. Chase II (savings) (X) | A | Interest | J | T | | | | | |
| 7. Chase III (CD) (X) | A | Interest | J | T | | | | | |
| 8. Chase IV (Chase brokerage account) (X) | | | | | | | | | |
| 9. -- American Cash Mgmt Trust of America (money market) | A | Interest | J | T | Open | 9/08 | J | | |
| 10. -- American Income Fund of American Class C (mutual fund) | | None | | T | Open | 1/08 | L | | |
| 11. | | | | | Transferred (to line 9) | 9/08 | J | | |
| 12. | | | | | Transferred (to line 14) | 9/08 | K | | |
| 13. Chase V (IRA) (money market savings) (X) | A | Interest | J | | Open | 10/08 | L | | |
| 14. Chase VI (IRA) (annuity) (X) | A | Interest | L | | Open | 9/08 | L | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manning, Blanche M. | 05/15/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

(1) With respect to Part I, my positions as a Trustee (line 2), Director (line 3), Director (line 4), Committee Member (line 5), and Board Member (line 6) are not listed elsewhere as I do not receive any compensation in connection with these positions.

(2) I understand that Parts VI and VII generally need to correspond for real property. I thus note that I own an interest in Cook County real estate II (Part VII, line 2) but am not liable for any portion of the mortgage on that property. Therefore, this property is listed in Part VII but not Part VI.

(3) With respect to Part V, line 1, the Judicial Conference Commitee on Codes of Conduct has advised judges in this district that this membership is not considered honorary.

(4) With respect to Part VII, the entries marked with (X) did not appear on prior reports as they were not previously reportable. With respect to Part VII, line 10 does not have a value code as at the end of the reporting period, 100% of this investment had been transferred, as indicated in lines 11 & 12. In addition, line 14 lists an annuity with Value Code L. This contains transferred assets from line 10 (Value Code J), as indicated in line 12, and transferred assets from a non-reportable source.

| Name of Person Reporting | Date of Report |
|---|---|
| Manning, Blanche M. | 05/15/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544